IN THE UNITED STATES DISTRICT COURT OF THE

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:20-cv-10087-KMM

VALENTIN SPATARU

   Plaintiff,

v.

J. PILOTS, in their individual and official capacities,

J. OWNERS, in their individual and official capacities,

FAA, a federal government subdivision,

FAA MANAGERS AT ALL TIMES MATERIAL, in their individual and official capacities,

GAO, a federal government subdivision

GAO MANAGERS AT ALL TIMES MATERIAL, in their individual and official capacities,

   Defendants

09/11/20

FILED BY ___ D.C.
SEP 11 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Motion to transfer the part against FAA and the FAA Managers at all times material, GAO and the GAO Managers at all times material, of my July 29th, 2020, complaint, to the Circuit Court Of Appeal**

by Valentin Spataru, pro se

c/o CILK - Center for Independent Living

103400 Overseas Hwy. S.243, Key Largo, FL 33037

Mobile cell phone: 305 615 0061

Email: valentin.spataru.macc.cpa@gmail.com, valespa@outlook.com

Honorable Judge Michael K. Moore,

Respectfully, in the interest of justice, I request you to transfer the parts against FAA and the FAA Managers at all times material, GAO and the GAO Managers at all times material, of my July 29th, 2020, complaint, to the Circuit Court Of Appeal (CCA), because all issues caused by FAA and its employees and auditors are under the jurisdiction of the CCA. I will write ASAP the amended complaint against them and send it to CCA.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished via email this 09/11/20 to  1. **DEFENDANTS FAA** and the **FAA MANAGERS AT ALL TIMES MATERIAL** represented by or in c/o: FAA Chief Counsel Arjun Garg, 800 Independence Avenue SW, Washington, DC 20591, Telephone (202) 267-3222, Fax (202) 267-3227, I have not found his email address yet; Pat McNall, FAA Deputy Chief Counsel, Deputy Ethics Official, Pat.McNall@faa.gov, Telephone 202-267-3773; and Aviation Noise Ombudsman, AEE-2, 800 Independence Ave. S.W., Washington, DC 20591; 9-AWA-NoiseOmbudsman@faa.gov, 9-aso-noise@faa.gov; and to 2. **DEFENDANTS GOVERNMENT ACCOUNTABILITY OFFICE (GAO)** and the **GAO MANAGERS AT ALL TIMES MATERIAL**, represented by or in c/o: Shirley A. Jones, Managing Associate General Counsel, JonesSA@gao.gov, 202-512-5644, NW 441 G St., Washington, DC 20548; Johana Ayers, Managing Director of the Forensic Audits and Investigative Services team, GAO, AyersJ@gao.gov, 202-512-6722; Janet St. Laurent, Director of the Center for Audit Excellence, GAO, StLaurentJ@gao.gov, 202-512-7100; Timothy Bowling, Managing Director of Audit Policy and Quality Assurance, GAO, BowlingT@gao.gov, 202-512-6100; and U.S. Office of Government Ethics, 1201 New York Avenue, N.W., Suite 500, Washington, DC 20005, Email: ContactOGE@oge.gov.

Respectfully submitted,

/s/ Valentin Spataru