Case 4:20-cv-10087-KMM   Document 9   Entered on FLSD Docket 09/15/2020   Page 1 of 4
Case: 20-13429   Date Filed: 09/14/2020   Page: 1 of 9

FILED BY HH D.C.

Sep 14, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 14, 2020

Valentin Spataru
103400 OVERSEAS HWY # 243
c/o CIL - CENTER FOR INDEPENDENT LIVING
KEY LARGO, FL 33037-2834

Appeal Number: 20-13429-F
Case Style: Valentin Spataru v. Federal Aviation Administratio
District Court Docket No: 4:20-cv-10087-KMM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se

filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

Pay to the DISTRICT COURT clerk the docketing and filing fees, with notice to this office, **or** request leave to proceed in forma pauperis on appeal in the district court. See Fed.R. App.P. 24(a). If the district court denies such leave, appellant may file in this court a Motion to Proceed in forma pauperis in this court with a financial affidavit.


Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

IN THE UNITED STATES DISTRICT COURT OF THE

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:20-cv-10087-KMM

VALENTIN SPATARU

   Plaintiff,

v.

J. PILOTS, in their individual and official capacities,

J. OWNERS, in their individual and official capacities,

FAA, a federal government subdivision,

FAA MANAGERS AT ALL TIMES MATERIAL, in their individual and official capacities,

GAO, a federal government subdivision

GAO MANAGERS AT ALL TIMES MATERIAL, in their individual and official capacities,

   Defendants



FILED BY _SAS_ D.C.

SEP 11 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

09/11/20

**Motion to transfer the part against FAA and the FAA Managers at all times material, GAO and the GAO Managers at all times material, of my July 29th, 2020, complaint, to the Circuit Court Of Appeal**

by Valentin Spataru, pro se

c/o CILK - Center for Independent Living

103400 Overseas Hwy. S.243, Key Largo, FL 33037

Mobile cell phone: 305 615 0061

Email: valentin.spataru.macc.cpa@gmail.com, valespa@outlook.com

Honorable Judge Michael K. Moore,

Respectfully, in the interest of justice, I request you to transfer the parts against FAA and the FAA Managers at all times material, GAO and the GAO Managers at all times material, of my July 29th, 2020, complaint, to the Circuit Court Of Appeal (CCA), because all issues caused by FAA and its employees and auditors are under the jurisdiction of the CCA. I will write ASAP the amended complaint against them and send it to CCA.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished via email this 09/11/20 to 1. **DEFENDANTS FAA** and the **FAA MANAGERS AT ALL TIMES MATERIAL** represented by or in c/o: FAA Chief Counsel Arjun Garg, 800 Independence Avenue SW, Washington, DC 20591, Telephone (202) 267-3222, Fax (202) 267-3227, I have not found his email address yet; Pat McNall, FAA Deputy Chief Counsel, Deputy Ethics Official, Pat.McNall@faa.gov, Telephone 202-267-3773; and Aviation Noise Ombudsman, AEE-2, 800 Independence Ave. S.W., Washington, DC 20591; 9-AWA-NoiseOmbudsman@faa.gov, 9-aso-noise@faa.gov; and to 2. **DEFENDANTS GOVERNMENT ACCOUNTABILITY OFFICE (GAO)** and the **GAO MANAGERS AT ALL TIMES MATERIAL**, represented by or in c/o: Shirley A. Jones, Managing Associate General Counsel, JonesSA@gao.gov, 202-512-5644, NW 441 G St., Washington, DC 20548; Johana Ayers, Managing Director of the Forensic Audits and Investigative Services team, GAO, AyersJ@gao.gov, 202-512-6722; Janet St. Laurent, Director of the Center for Audit Excellence, GAO, StLaurentJ@gao.gov, 202-512-7100; Timothy Bowling, Managing Director of Audit Policy and Quality Assurance, GAO, BowlingT@gao.gov, 202-512-6100; and U.S. Office of Government Ethics, 1201 New York Avenue, N.W., Suite 500, Washington, DC 20005, Email: ContactOGE@oge.gov.

Respectfully submitted,

/s/ Valentin Spataru